UNITED STATES COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK

BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| **AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>**Defendant.** | **Court No. 25-00163** |

## CONSENT MOTION TO INTERVENE AS A MATTER OF RIGHT

Pursuant to 28 U.S.C. § 2631(j)(1)(B) and Rules 24 and 56.2 of the Rules of the United States Court of International Trade ("CIT Rule"), proposed defendant-intervenors Canadian Solar International Limited ("CSIL"); Canadian Solar Manufacturing (Thailand) Co., Ltd. ("THSM"); and Canadian Solar US Module Manufacturing Corporation ("USMMC") (together, "Canadian Solar") respectfully move to intervene as defendant-intervenors in this action as a matter of right.

Pursuant to CIT Rule 7(f), counsel for Canadian Solar has consulted with all other parties to this action regarding this motion. Specifically, on September 9, 2025, Anthony C. Famiglietti, counsel for the Defendant, the United States, consented to this motion. On September 10, 2025, Stephanie M. Bell, counsel for the Plaintiff, American Alliance for Solar Manufacturing Trade Committee ("Plaintiff"), consented to this motion.

Plaintiff contests certain aspects of the U.S. International Trade Commission's (the "Commission") final injury determination regarding the antidumping ("AD") and countervailing

duty ("CVD") investigations of crystalline silicon photovoltaic ("CSPV") cells, whether or not assembled into modules, from Cambodia, Malaysia, Thailand, and Vietnam. *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Deters.; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 26,791 (Dep't Commerce June 24, 2025) ("CVD Orders"); *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Amended Final Antidumping Duty Deter.; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From Cambodia, Malaysia, Thailand and the Socialist Republic of Vietnam*, 90 Fed. Reg. 26,786 (Dep't Commerce June 24, 2025) ("AD Orders"); *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules from Cambodia, Malaysia, Thailand, and Vietnam*, 90 Fed. Reg. 25,075 (Int'l Trade Comm'n June 13, 2025); *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules from Cambodia, Malaysia, Thailand, and Vietnam*, Inv. Nos. 701-TA-722-725 and 731-TA-1690-1693, USITC Pub. 5631 (June 2025) (Final) ("USITC Pub. 5631").

Canadian Solar seeks to intervene in this litigation on the side of the United States and in opposition to Plaintiff's claims with respect to certain aspects of the Commission's final injury determinations related to the AD and CVD investigations of CSPV cells, whether or not assembled into modules, from Cambodia, Malaysia, Thailand, and Vietnam. CSIL is a foreign exporter of CSPV cells, whether or not assembled into modules, from Thailand. THSM is a Thai producer of CSPV cells, whether or not assembled into modules, from Thailand. USMMC is a manufacturer in the United States of a domestic-like product. CSIL, THSM, and USMMC participated in the injury investigation that led to the challenged final injury determination through

2

the submission of arguments and factual information. Canadian Solar is therefore an interested party and a party to the proceeding within the meaning of Section 771(9)(A),(C) of the Act, 19 U.S.C. § 1677(9)(A),(C), and accordingly has standing to participate in this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

On July 24, 2025, Plaintiff filed a summons to commence this appeal. On August 22, 2025, Plaintiff filed its Complaint with this Court. Accordingly, this consent motion is timely filed in accordance with CIT Rules 6 and 24 because it is filed within thirty (30) days after the date of service of Plaintiff's August 22, 2025, Complaint.

For the foregoing reasons, we respectfully request that the Court grant Canadian Solar's Consent Motion to Intervene as a Matter of Right in accordance with CIT Rule 24(a). A proposed order is enclosed.

    Respectfully submitted,

    /s/ Jonathan T. Stoel
    Jonathan T. Stoel
    Craig A. Lewis
    Michael G. Jacobson
    Joshua E. Kurland
    Nicholas R. Sparks
    Nicholas W. Laneville
    Lindsay K. Brown

    HOGAN LOVELLS US LLP
    Columbia Square
    555 Thirteenth Street, N.W.
    Washington, DC 20004-1109
    +1 (202) 637-6634
    jonathan.stoel@hoganlovells.com

    *Counsel to Canadian Solar International Limited; Canadian Solar Manufacturing (Thailand) Co., Ltd.; and Canadian Solar US Module Manufacturing Corporation*

Dated: September 10, 2025