IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE,<br><br>                    Plaintiff,<br>     v.<br><br>UNITED STATES,<br><br>                    Defendant,<br><br>     and<br><br>BYD AMERICA LLC, CANADIAN SOLAR INTERNATIONAL LIMITED, CANADIAN SOLAR MANUFACTURING (THAILAND) CO., LTD., CANADIAN SOLAR US MODULE MANUFACTURING CORPORATION, TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD., TRINA SOLAR (U.S.) INC., RUNERGY PV TECHNOLOGY (THAILAND) CO., LTD., RUNERGY USA TRADING LLC, and RUNERGY ALABAMA INC.<br><br>                    Defendant-Intervenors. | Before: Hon. Mark A. Barnett,<br>          Chief Judge<br><br>Court No. 25-00163 |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to U.S. Court of International Trade Rule 56.2(a) and this Court's October 1, 2025 letter, ECF No. 34, counsel for the parties to the above-captioned action have consulted and respectfully submit the following Joint Status Report and Proposed Briefing Schedule. This report is timely filed in accordance with the Court's October 1, 2025 letter, ECF No. 34.

**Court No. 25-00163**

## JOINT STATUS REPORT

The questions set forth in Rule 56.2(a) are provided below with parties' responses:

**1.    Does the court have jurisdiction over the action?**

This appeal challenges certain aspects of the U.S. International Trade Commission's final determination in the antidumping and countervailing duty investigations of crystalline silicon photovoltaic cells, whether or not assembled into modules, from Cambodia, Malaysia, Thailand, and Vietnam.  *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules from Cambodia, Malaysia, Thailand, and Vietnam*, 90 Fed. Reg. 25,075 (Int'l Trade Comm'n June 13, 2025) (deters.); *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules from Cambodia, Malaysia, Thailand, and Vietnam*, Inv. Nos. 701-TA-722-725 and 731-TA-1690-1693, USITC Pub. 5631 (June 2025) (Final); *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Deters.*; *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 26,791 (Dep't Commerce June 24, 2025); *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Amended Final Antidumping Duty Deter.*; *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From Cambodia, Malaysia, Thailand and the Socialist Republic of Vietnam*, 90 Fed. Reg. 26,786 (Dep't Commerce June 24, 2025).  Plaintiff submits that this Court has jurisdiction pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II), (B)(i) and 28 U.S.C. § 1581(c).  Defendant and Defendant-Intervenors are unaware of any basis to challenge the jurisdiction at this time.

**Court No. 25-00163**

2. **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

The parties agree that this case should not be consolidated with any other case, and that no portion of this case should be severed.

3. **Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

Plaintiff requests that this case be deferred pending consideration of a final decision in *Auxin Solar Inc. v. United States*, CIT Ct. No. 23-00274, which is now on appeal before the U.S. Court of Appeals for the Federal Circuit in *Auxin Solar Inc. v. United States*, Ct. No. 25-2120 (Fed. Cir.). In *Auxin Solar v. United States*, Slip Op. 25-111, Ct. No. 23-00274 (Ct. Int'l Trade Aug. 22, 2025), the Court of International Trade ("CIT") ruled that Commerce's *Duty Suspension Rule*, *Procedures Covering Suspension of Liquidation, Duties and Estimated Duties in Accord With Presidential Proclamation 10414*, 87 Fed. Reg. 56,868 (Dep't Commerce Sept. 16, 2022) ("*Duty Suspension Rule*"), was unlawful, and vacated the rule. Slip Op. 25-111 at 12. Plaintiff contends that the *Duty Suspension Rule* had permitted the importation of solar cells and modules from Cambodia, Malaysia, Thailand, and Vietnam free of antidumping and countervailing duties, despite imports from these countries having been found by Commerce to circumvent the antidumping and countervailing duty orders on solar cells and modules from China ("*Solar I* orders"). *Duty Suspension Rule*, 87 Fed. Reg. at 56,869. According to Plaintiff, the CIT's invalidation of the *Duty Suspension Rule* in *Auxin Solar* means that imports from these countries that had previously been imported without having to pay duties under the *Solar I* orders, are again subject to the *Solar I* orders. Part of the Plaintiff's argument in this appeal rests on whether certain imports made during the period of investigation were or were not subject to the *Solar I* orders. Thus, in the interest of judicial efficiency, Plaintiff requests that proceedings in this case should be deferred pending final resolution of the *Auxin Solar* case.

3

**Court No. 25-00163**

Defendant U.S International Trade Commission and Defendant-Intervenors observe that imports of solar cells and modules covered by the *Solar I* orders were expressly excluded from the scope of the investigations subject to this appeal. The CIT's invalidation of the *Duty Suspension Rule*, if affirmed by the Federal Circuit, could result, among other possible outcomes, in the following: (1) the suspension of liquidation of certain covered entries; (2) the reliquidation of certain covered entries; and/or (3) the collection of retroactive duty deposits on certain covered entries. Slip Op. 25-111 at 37-38. Notwithstanding, the final disposition of the *Auxin Solar* case should not affect whether those entries were merchandise within the scope of the *Solar I* orders. Nevertheless, the Commission and Defendant-Intervenors take no position on Plaintiff's request that this case be deferred pending a final decision in *Auxin Solar*.

**4.    Should the court be aware of any other information at this time?**

The parties do not know of any other information which the Court should be aware of at this time.

## PROPOSED BRIEFING SCHEDULE

After consultation pursuant to Rule 56.2 of this Court, the parties respectfully propose the following schedule and word count limitations, should the Court not agree with Plaintiff that this case should be deferred pending consideration of the Federal Circuit's decision in *Auxin Solar v. United States*:

| Filing | Deadline | Word Limit |
|---|---|---|
| 1. USCIT Rule 56.2 Motion for Judgment on the Agency Record and Accompanying Brief filed by Plaintiff | January 14, 2026 | 14,000 |
| 2. Response Brief of Defendant | April 10, 2026 | 14,000 |
| 3. Response Briefs of Defendant-Intervenors | May 8, 2026 | 14,000 for Thailand brief and 14,000 for Cambodia brief |
| 4. Reply Brief of Plaintiff | June 16, 2026 | 7,000 |

|   |   |   |
|---|---|---|
| 5.  Joint Appendix | June 30, 2026 | Not applicable |
| 6.  Motion for Oral Argument | July 7, 2026 | Not applicable |

Respectfully submitted,

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill
Laura El-Sabaawi, Esq.
Stephanie M. Bell, Esq.
Kimberly A. Reynolds, Esq.
Stephen A. Morrison, Esq.

**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
(202) 719-7000

*Counsel to American Alliance for Solar Manufacturing Trade Committee*

Margaret D. MacDonald
General Counsel

Karl S. von Schriltz
Assistant General Counsel for Litigation

*/s/ Anthony C. Famiglietti*
Anthony C. Famiglietti
John D. Henderson
Attorney-Advisors
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436
Telephone: (202) 205-2520
anthony.famiglietti@usitc.gov

*Attorneys for Defendant*
*U.S. International Trade Commission*

**Court No. 25-00163**

/s/ *Jonathan T. Stoel*
Jonathan T. Stoel
Michael G. Jacobson
Joshua E. Kurland
Nicholas R. Sparks

HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Tel: +1 (202) 637-6634
Email: jonathan.stoel@hoganlovells.com

*Counsel to Canadian Solar International Limited; Canadian Solar Manufacturing (Thailand) Co., Ltd.; and Canadian Solar US Module Manufacturing Corporation*


/s/ *Lian Yang*
Lian Yang
Elio Gonzalez
Eric Xie

ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Tel: 202-239-3490
Email: Lian.Yang@alston.com

*Counsel to Runergy PV Technology (Thailand) Co., Ltd., Runergy USA Trading LLC, and Runergy Alabama Inc.*

**Court No. 25-00163**

/s/ *Jonathan M. Freed*
Jonathan Freed
Kenneth Hammer
MacKensie Sugama
Didie Muller

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC  20003
Tel: (202) 223-3760
Email: jfreed@tradepacificlaw.com

*Counsel to Trina Solar (U.S.) and Trina Solar Science & Technology (Thailand) Co. Ltd.*


/s/ *Craig A. Lewis*
Craig A. Lewis
Nicholas W. Laneville
Lindsay K. Brown

Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel.: (202) 637-6634
Fax: (202) 637-5910

*Counsel to BYD (H.K.) Co., Ltd.*

Dated: October 31, 2025

7

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE,<br><br>            Plaintiff,<br>   v.<br><br>UNITED STATES,<br><br>            Defendant,<br><br>   and<br><br>BYD AMERICA LLC, CANADIAN SOLAR INTERNATIONAL LIMITED, CANADIAN SOLAR MANUFACTURING (THAILAND) CO., LTD., CANADIAN SOLAR US MODULE MANUFACTURING CORPORATION, TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD., TRINA SOLAR (U.S.) INC., RUNERGY PV TECHNOLOGY (THAILAND) CO., LTD., RUNERGY USA TRADING LLC, and RUNERGY ALABAMA INC.<br><br>            Defendant-Intervenors. | Before: Hon. Mark A. Barnett,<br>             Chief Judge<br><br>Court No. 25-00163 |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the parties' joint proposed briefing schedule and pursuant to U.S. Court of International Trade ("USCIT") Rules 16 and 56.2, it is hereby

**ORDERED** that the briefing of this action shall proceed in accordance with the schedule set forth below:

1

**Court No. 25-00163**

| Filing | Deadline | Word Limit |
|---|---|---|
| 1. USCIT Rule 56.2 Motion for Judgment on the Agency Record and Accompanying Brief filed by Plaintiff | January 14, 2026 | 14,000 |
| 2. Response Brief of Defendant | April 10, 2026 | 14,000 |
| 3. Response Briefs of Defendant-Intervenors | May 8, 2026 | 14,000 for Thailand brief and 14,000 for Cambodia brief |
| 4. Reply Brief of Plaintiff | June 16, 2026 | 7,000 |
| 5. Joint Appendix | June 30, 2026 | Not applicable |
| 6. Motion for Oral Argument | July 7, 2026 | Not applicable |

Further, briefs filed by Defendant-Intervenors should not repeat arguments made in the earlier filed brief of Defendant. The provision regarding the calculation and certification of the word count contained in the Standard Chambers Procedures shall govern except as otherwise indicated in this Order. The individual requirements set forth in this scheduling order will remain in effect unless explicitly and directly modified.

Date: _____, 2025  
New York, New York

_____  
Hon. Mark A. Barnett, Chief Judge